| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br><br>**Ricardo Ramirez Martinez** | CASE NO.: 6:26-bk-15833-SY |
|---|---|
| | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/14/2026        Ricardo Ramirez Martinez
                        Printed name of Debtor 1                                      Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                                      Printed name of Debtor 2                                  Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**#FERGUSON®**

Ferguson Enterprises, LLC    751 Lakefront Commons Newport News, VA 23606-3322    +1 757-874-7795
Ricardo Martinez-Ramirez    3364 Lynwood Dr Highland, CA 92346

| Name | Company | | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|--------------|------------------|----------------|------------|--------------|
| Ricardo Martinez-Ramirez | Ferguson Enterprises, LLC | | 1026286 | 07/01/2026 | 07/31/2026 | 07/24/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|-----------------|---------------------|---------|
| Current | 0.00 | 7,963.71 | 1,420.93 | 1,250.95 | 270.19 | 5,021.64 |
| YTD | 0.00 | 60,539.24 | 10,343.51 | 9,112.45 | 4,908.71 | 36,174.57 |

| Earnings | | | | | | | Associate Taxes | | | |
|----------|--|--|--|--|--|--|-----------------|--|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD | |
| Car Allowance | 07/01/2026 - 07/31/2026 | 0 | 0 | 600.00 | 0 | 4,200.00 | OASDI | 431.60 | 3,166.50 | |
| Commissions | 07/01/2026 - 07/31/2026 | 0 | 0 | 3,197.04 | 0 | 12,403.66 | Medicare | 100.94 | 740.55 | |
| Guaranteed Commi | | | | | 0 | 13,333.32 | Federal Withholding | 492.35 | 3,547.67 | |
| High Mileage Premi | | | | | 0 | 822.90 | State Tax - CA | 135.57 | 993.79 | |
| Salary | 07/01/2026 - 07/31/2026 | 0 | 0 | 4,166.67 | 0 | 29,166.69 | CA SDI - CASDI | 90.49 | 663.94 | |
| Spiff | | | | | 0 | 15.71 | | | | |
| Vendor Spiff | | | | | 0 | 20.00 | | | | |
| Floating Holiday Pa | | | | | 16 | 384.64 | | | | |
| Wellness Payout | | | | | 8 | 192.32 | | | | |
| Earnings | | | | 7,963.71 | | 60,539.24 | Associate Taxes | 1,250.95 | 9,112.45 | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 736.38 | 5,551.66 | 401k Loan (Loan 2) | 192.30 | 1,346.10 |
| Dental - Before Tax | 60.35 | 422.45 | 401k Loan (Loan 3) | 41.60 | 291.20 |
| Medical - Before Tax | 604.47 | 4,231.29 | Accident Insurance | 7.24 | 50.68 |
| Vision - Before Tax | 19.73 | 138.11 | Employee Optional AD&D | 1.28 | 8.96 |
| | | | Employee Optional Life | 9.02 | 63.14 |
| | | | Long Term Disability | 18.75 | 131.25 |
| | | | Creditor Garnishment (26-10797LQ CIVSB2516072) | | 3,017.38 |
| Pre Tax Deductions | 1,420.93 | 10,343.51 | Post Tax Deductions | 270.19 | 4,908.71 |

| ER Paid Benefits/Taxable Benefits | | | Taxable Wages | | |
|-----------------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k)/Roth Employer Match | 257.73 | 1,943.09 | OASDI - Taxable Wages | 6,961.21 | 51,072.58 |
| Auto Taxable | 278.83 | 325.55 | Medicare - Taxable Wages | 6,961.21 | 51,072.58 |
| Basic AD&D - ER | 0.64 | 4.48 | Federal Withholding - Taxable Wages | 6,224.83 | 45,520.92 |
| Basic Life Insurance - ER | 2.94 | 20.58 | | | |
| Basic Life Insurance - Tax | 3.22 | 22.54 | | | |
| Dental - ER | 46.10 | 322.70 | | | |
| Long Term Disability - ER | 7.34 | 51.38 | | | |
| Medical - ER | 1,780.84 | 12,465.88 | | | |
| Short Term Disability - ER | 1.68 | 11.76 | | | |
| ER Paid Benefits/Taxable Benefits | 2,379.32 | 15,167.96 | | | |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|--|--|--|
| Marital Status | Married | Married | Description | Accrued | Reduced | Available |
| Allowances | 1 | 1 | Floating Holiday Plan | 0 | 0 | 16 |
| Total Dependent Amount | 0 | | Personal Plan | 0 | 0 | 24 |
| Additional Withholding | 0 | 0 | Sick Plan | 0 | 0 | 128 |
| | | | Vacation | 0 | 0 | 151 |
| | | | Wellness Plan | 0 | 0 | 8 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| U.S. BANK,N.A. | U.S. BANK,N.A. ******4292 | ******4292 | | 5,021.64 | USD |

**≢FERGUSON**

Ferguson Enterprises, LLC    751 Lakefront Commons Newport News, VA 23606-3322    +1 757-874-7795
Ricardo Martinez-Ramirez    3364 Lynwood Dr Highland, CA 92346

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ricardo Martinez-Ramirez | Ferguson Enterprises, LLC | 1026286 | 06/01/2026 | 06/30/2026 | 06/26/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 7,357.85 | 1,360.34 | 1,000.66 | 1,406.99 | 3,589.86 |
| YTD | 0.00 | 52,575.53 | 8,922.58 | 7,861.50 | 4,638.52 | 31,152.93 |

| Earnings | | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Car Allowance | 06/01/2026 - 06/30/2026 | 0 | 0 | 600.00 | 0 | 3,600.00 | OASDI | 376.74 | 2,734.90 |
| Commissions | 06/01/2026 - 06/30/2026 | 0 | 0 | 2,591.18 | 0 | 9,206.62 | Medicare | 88.10 | 639.61 |
| Guaranteed Commi | | | 0 | | 0 | 13,333.32 | Federal Withholding | 370.75 | 3,055.32 |
| High Mileage Premi | | | | | 0 | 822.90 | State Tax - CA | 86.07 | 858.22 |
| Salary | 06/01/2026 - 06/30/2026 | 0 | 0 | 4,166.67 | 0 | 25,000.02 | CA SDI - CASDI | 79.00 | 573.45 |
| Spiff | | | 0 | | 0 | 15.71 | | | |
| Vendor Spiff | | | 0 | | 0 | 20.00 | | | |
| Floating Holiday Pa | | | 0 | | 16 | 384.64 | | | |
| Wellness Payout | | | 0 | | 8 | 192.32 | | | |
| Earnings | | | | 7,357.85 | | 52,575.53 | Associate Taxes | 1,000.66 | 7,861.50 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 675.79 | 4,815.28 | 401k Loan (Loan 2) | 192.30 | 1,153.80 |
| Dental - Before Tax | 60.35 | 362.10 | 401k Loan (Loan 3) | 41.60 | 249.60 |
| Medical - Before Tax | 604.47 | 3,626.82 | Accident Insurance | 7.24 | 43.44 |
| Vision - Before Tax | 19.73 | 118.38 | Employee Optional AD&D | 1.28 | 7.68 |
| | | | Employee Optional Life | 9.02 | 54.12 |
| | | | Long Term Disability | 18.75 | 112.50 |
| | | | Creditor Garnishment (26-10797LQ CIVSB2516072) | 1,136.80 | 3,017.38 |
| Pre Tax Deductions | 1,360.34 | 8,922.58 | Post Tax Deductions | 1,406.99 | 4,638.52 |

| ER Paid Benefits/Taxable Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k)/Roth Employer Match | 236.53 | 1,685.36 | OASDI - Taxable Wages | 6,076.52 | 44,111.37 |
| Auto Taxable | | 46.72 | Medicare - Taxable Wages | 6,076.52 | 44,111.37 |
| Basic AD&D - ER | 0.64 | 3.84 | Federal Withholding - Taxable Wages | 5,400.73 | 39,296.09 |
| Basic Life Insurance - ER | 2.94 | 17.64 | | | |
| Basic Life Insurance - Tax | 3.22 | 19.32 | | | |
| Dental - ER | 46.10 | 276.60 | | | |
| Long Term Disability - ER | 7.34 | 44.04 | | | |
| Medical - ER | 1,780.84 | 10,685.04 | | | |
| Short Term Disability - ER | 1.68 | 10.08 | | | |
| ER Paid Benefits/Taxable Benefits | 2,079.29 | 12,788.64 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | Married | Description | Accrued | Reduced | Available |
| Allowances | 1 | 1 | Floating Holiday Plan | 0 | 0 | 16 |
| Total Dependent Amount | 0 | | Personal Plan | 0 | 0 | 24 |
| Additional Withholding | 0 | 0 | Sick Plan | 0 | 0 | 128 |
| | | | Vacation | 0 | 0 | 151 |
| | | | Wellness Plan | 0 | 0 | 8 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| U.S. BANK,N.A. | U.S. BANK,N.A. ******4292 | ******4292 | | 3,589.86 | USD |

**// FERGUSON®**

Ferguson Enterprises, LLC    751 Lakefront Commons Newport News, VA 23606-3322    +1 757-874-7795
Ricardo Martinez-Ramirez    3364 Lynwood Dr Highland, CA 92346

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ricardo Martinez-Ramirez | Ferguson Enterprises, LLC | 1026286 | 04/01/2026 | 04/30/2026 | 04/24/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 8,100.00 | 1,434.55 | 1,194.48 | 270.19 | 5,200.78 |
| YTD | 0.00 | 33,819.86 | 5,797.90 | 4,865.94 | 1,080.76 | 22,075.26 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | |
| Car Allowance | 04/01/2026 - 04/30/2026 | 0 | 0 | 600.00 | 0 | 2,400.00 | | |
| Guaranteed Commi | 04/01/2026 - 04/30/2026 | 0 | 0 | 3,333.33 | 0 | 13,333.32 | | |
| High Mileage Premi | | | 0 | | 0 | 822.90 | | |
| Salary | 04/01/2026 - 04/30/2026 | 0 | 0 | 4,166.67 | 0 | 16,666.68 | | |
| Vendor Spiff | | | 0 | | 0 | 20.00 | | |
| Floating Holiday Pa | | | 0 | | 16 | 384.64 | | |
| Wellness Payout | | | 0 | | 8 | 192.32 | | |
| Earnings | | | | 8,100.00 | | 33,819.86 | | |

| Associate Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 425.66 | 1,730.94 |
| Medicare | 99.55 | 404.82 |
| Federal Withholding | 460.30 | 1,877.50 |
| State Tax - CA | 119.72 | 489.74 |
| CA SDI - CASDI | 89.25 | 362.94 |
| Associate Taxes | 1,194.48 | 4,865.94 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Pre-Tax | 750.00 | 3,059.70 |
| Dental - Before Tax | 60.35 | 241.40 |
| Medical - Before Tax | 604.47 | 2,417.88 |
| Vision - Before Tax | 19.73 | 78.92 |
| Pre Tax Deductions | 1,434.55 | 5,797.90 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Loan (Loan 2) | 192.30 | 769.20 |
| 401k Loan (Loan 3) | 41.60 | 166.40 |
| Accident Insurance | 7.24 | 28.96 |
| Employee Optional AD&D | 1.28 | 5.12 |
| Employee Optional Life | 9.02 | 36.08 |
| Long Term Disability | 18.75 | 75.00 |
| Post Tax Deductions | 270.19 | 1,080.76 |

| ER Paid Benefits/Taxable Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k)/Roth Employer Match | 262.50 | 1,070.90 |
| Auto Taxable | 46.72 | 46.72 |
| Basic AD&D - ER | 0.64 | 2.56 |
| Basic Life Insurance - ER | 2.94 | 11.76 |
| Basic Life Insurance - Tax | 3.22 | 12.88 |
| Dental - ER | 46.10 | 184.40 |
| Long Term Disability - ER | 7.34 | 29.36 |
| Medical - ER | 1,780.84 | 7,123.36 |
| Short Term Disability - ER | 1.68 | 6.72 |
| ER Paid Benefits/Taxable Benefits | 2,151.98 | 8,488.66 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 6,865.39 | 27,918.36 |
| Medicare - Taxable Wages | 6,865.39 | 27,918.36 |
| Federal Withholding - Taxable Wages | 6,115.39 | 24,858.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | 1 | 1 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday Plan | 0 | 0 | 16 |
| Personal Plan | 0 | 0 | 24 |
| Sick Plan | 0 | 0 | 128 |
| Vacation | 0 | 0 | 151 |
| Wellness Plan | 0 | 0 | 8 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| U.S. BANK,N.A. | U.S. BANK,N.A. ******4292 | ******4292 | | 5,200.78    USD |